Certificate Number: 05781-FLM-DE-041274353

Bankruptcy Case Number: 26-05733



05781-FLM-DE-041274353

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 30, 2026, at 7:02 o'clock PM PDT, Richard Maradiaga completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Middle District of Florida.

Date:  August 1, 2026            By:     /s/Allison M Geving

                                 Name:   Allison M Geving

                                 Title:  President